UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: LATRISHA M VETAW                                                          Case No. _____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____ Date: 1-30-14

************************************************************

[ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____ Date: _____

S2032A

**Northpoint Health & Wellness Center, Inc**
1315 Penn Avenue North
Minneapolis, MN 55411

**Earnings Statement**

Check Date: February 26, 2014
Period Beginning: February 08, 2014
Period Ending: February 21, 2014

Latrisha M Vetaw    Employee Number    Department 401    Voucher Number 110723
Fund 113    Net Pay 922.53

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular Ea | 19.23 | 72.00 | 1384.56 | 266.25 | 5119.22 |
| Holiday | 19.23 | 8.00 | 153.84 | 24.00 | 461.52 |
| Sick | | | | 5.75 | 110.57 |
| Vacation | | | | 24.00 | 461.52 |
| **Total Gross Pay** | | 80.00 | 1538.40 | 320.00 | 6153.60 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1510.12 | 21.90 | 87.59 |
| OASDI | | 1510.12 | 93.63 | 374.51 |
| Federal Income Tax | 8/99 | 1479.35 | | |
| Minnesota SITW | S/99 | 1479.35 | | |
| **Total Tax Withholding** | | | 115.53 | 462.10 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401k | 30.77 | 123.08 |
| Ptins | 28.28 | 113.12 |
| Aflac -At | 85.57 | 342.28 |
| Levy | 355.72 | 1422.88 |
| **Total Deductions** | 500.34 | 2001.36 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx | xxxxx | 922.53 |
| **Total Direct Deposits** | | 922.53 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

**Direct Deposit Advice**
Check Date: February 26, 2014
Voucher Number: 110723

***This is not a check***

Latrisha M Vetaw
3241 47th Ave So
Minneapolis, MN 55406

S2032A

**Earnings Statement**

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

Check Date: February 12, 2014
Period Beginning: January 25, 2014
Period Ending: February 07, 2014
Voucher Number: 110668
Net Pay: 922.53

Department: 401
Fund: 113

Latrisha M Vetaw    Employee Number

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1510.12 | 21.90 | 65.57 |
| OASDI | | 1510.12 | 93.63 | 280.88 |
| Federal Income Tax | S/99 | 1479.35 | | |
| Minnesota SITW | S/99 | 1479.35 | 115.53 | 346.57 |
| Total Tax Withholding | | | | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular Ea | 19.23 | 80.00 | 1538.40 | 194.25 | 3735.43 |
| Holiday | | | | 16.00 | 307.68 |
| Vacation | | | | 24.00 | 461.52 |
| Sick | | | | 5.75 | 110.57 |
| Total Gross Pay | | 80.00 | 1538.40 | 240.00 | 4615.20 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401k | 30.77 | 92.31 |
| Ptins | 28.28 | 84.84 |
| Aflac-At | 85.57 | 256.71 |
| Levy | 355.72 | 1067.16 |
| Total Deductions | 500.34 | 1501.02 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx | xxxxxx | 922.53 |
| Total Direct Deposits | | 922.53 |

**Accruals**

Dolla

**Benefits**  Hours  Amount  YTD Hrs  YTD Amt

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

***This is not a check***

Direct Deposit Advice
Check Date: February 12, 2014
Voucher Nu...

Latrisha M Vetaw
3241 47th Ave So
Minneapolis, MN 55406

VOID VOID VOID

S2032A

**Earnings Statement**

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

Check Date: January 29, 2014
Period Beginning: January 11, 2014
Period Ending: January 24, 2014
Voucher Number: 110611
Net Pay: 922.55

Department: 401
Fund: 113

Latrisha M Vetaw    Employee Number

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular Ea | 19.23 | 72.00 | 1384.56 | 114.25 | 2197.03 |
| Holiday | 19.23 | 8.00 | 153.84 | 16.00 | 307.68 |
| Vacation | | | | 24.00 | 461.52 |
| Sick | | | | 5.75 | 110.57 |
| Total Gross Pay | | 80.00 | 1538.40 | 160.00 | 3076.80 |

| Taxes | | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1510.12 | 0.00 | 43.79 |
| OASDI | | 1510.12 | 93.62 | 187.23 |
| Federal Income Tax | 8/99 | 1479.35 | | |
| Minnesota SITW | S/99 | 1479.35 | | |
| Total Tax Withholding | | | 115.51 | 231.04 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401k | 30.77 | 61.54 |
| Plns | 28.28 | 56.56 |
| Aflac-At | 85.57 | 171.14 |
| Levy | 355.72 | 711.44 |
| Total Deductions | 500.34 | 1000.68 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx | xxxxxx | 922.55 |
| Total Direct Deposits | | 922.55 |

Doll

**Accruals**

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Direct Deposit Advice
Check Date    Voucher Nu
January 29, 2014

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

***This is not a check***

Latrisha M Vetaw
3241 47th Ave So
Minneapolis, MN 55406

S2032A

**Northpoint Health & Wellness Center, Inc**
1315 Penn Avenue North
Minneapolis, MN 55411

**Earnings Statement**

Check Date: January 15, 2014
Period Beginning: December 28, 2013
Period Ending: January 10, 2014
Voucher Number: 110556
Net Pay: 922.53

Latrisha M Vetaw     Employee Number: ████     Department: 401     Fund: 113

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt | Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular Ea | 19.23 | 42.25 | 812.47 | 42.25 | 812.47 | Medicare | | 1510.12 | 21.90 | 21.90 |
| Vacation | 19.23 | 24.00 | 461.52 | 24.00 | 461.52 | OASDI | | 1510.12 | 93.63 | 93.63 |
| Holiday | 19.23 | 8.00 | 153.84 | 8.00 | 153.84 | Federal Income Tax | S/99 | 1479.35 | | |
| Sick | 19.23 | 5.75 | 110.57 | 5.75 | 110.57 | Minnesota SITW | S/99 | 1479.35 | | |
| **Total Gross Pay** | | 80.00 | 1538.40 | 80.00 | 1538.40 | **Total Tax Withholding** | | | 115.53 | 115.53 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401k | 30.77 | 30.77 |
| Ptins | 28.28 | 28.28 |
| Aflac -A1 | 85.57 | 85.57 |
| Levy | 355.72 | 355.72 |
| **Total Deductions** | 500.34 | 500.34 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx████ | xxxxxx████ | 922.53 |
| **Total Direct Deposits** | | 922.53 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | | Dollars |
|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Northpoint Health & Wellness Center, Inc
1315 Penn Avenue North
Minneapolis, MN 55411

Direct Deposit Advice
Check Date: January 15, 2014
Voucher Number: 110556

***This is not a check***

Latrisha M Vetaw
3241 47th Ave S
Minneapolis, MN 55406

# Earnings Statement

**Northpoint Health & Wellness Center, Inc**
1315 Penn Avenue North
Minneapolis, MN 55411

Check Date: December 31, 2013
Period Beginning: December 14, 2013
Period Ending: December 27, 2013
Voucher Number: 110455

**Latrisha M Vetaw**       Employee Number

Department 401
Fund 113
Net Pay 873.71

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| GTL | 0.00 | | 142.56 | | 142.56 |
| Regular Ea | 19.23 | 48.00 | 923.04 | 1849.34 | 34230.45 |
| Holiday | 19.23 | 16.00 | 307.68 | 104.00 | 1932.00 |
| Vacation | 19.23 | 16.00 | 307.68 | 133.90 | 2511.02 |
| Overtime E | | | | 0.07 | 1.68 |
| Birthday | | | | 8.00 | 153.84 |
| Sick | | | | 107.58 | 1945.10 |
| **Total Gross Pay** | | **80.00** | **1680.96** | **2202.89** | **40916.65** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1652.68 | 23.97 | 579.38 |
| OASDI | | 1652.68 | 102.47 | 2477.34 |
| Federal Income Tax | S/99 | 1621.91 | | |
| Minnesota SITW | S/99 | 1621.91 | | |
| **Total Tax Withholding** | | | **126.44** | **3056.72** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx | xxxxxx | 873.71 |
| **Total Direct Deposits** | | **873.71** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Grp term life ded | 142.56 | 142.56 |
| 401k | 30.77 | 629.64 |
| Ptins | 28.28 | 959.56 |
| Aflac - At | 85.57 | 1423.57 |
| United Way | 5.00 | 135.00 |
| Levy | 388.63 | 6990.51 |
| **Total Deductions** | **680.81** | **10280.84** |